UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Judge |
| ) | Magistrate No. ~~04-14-B~~ |
| v. ) | 2004 m 0468 RBC |
| ) | |
| PHONTEP VONGKAYSONE, ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF DISTRICT OF MASSACHUSETTS LOCAL RULE 5 PROCEEDING

I, JOHN BOSSI, Task Force Agent with the Drug Enforcement Administration, do hereby make oath before the Honorable Chief Judge Robert B. Collings, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one PHONTEP VONGKAYSONE on a complaint filed in the United States District Court for the District of Maine charging the defendant with a conspiracy to possess with the intent to distribute cocaine and cocaine base a/k/a "crack cocaine", in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(A). I make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
JOHN BOSSI
DEA TASK FORCE AGENT

Subscribed and sworn to before me
this 26 day of January 2004 at 4:37 pm

_____
HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MAINE

UNITED STATES OF AMERICA

V.

PHONTHEP VONGKAYSONE

WARRANT FOR ARREST

CASE NUMBER: 04- 14-B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Phonthep Vongkaysone
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine and 50 grams or more of cocaine base

in violation of Title    21    United States Code, Section(s)    841(a)(1) and 841(b)(1)(A)

William S Brownell
Name of Issuing Officer

Brownell
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

01-26-2004
Date and Location

Bail fixed at $                                    by
                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.